HUSCH BLACKWELL, LLP
James F. Monafo, MO SBN 38774
Matthew D. Knepper, MO SBN 61731
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105
TEL: 314.480.1925
FAX: 314.480.1505

*Pro hac vice* admission to be sought

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
UNIVERSITY OF PHOENIX

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Adrian R. Bacon
324 S. Beverly Drive, Suite 725
Beverly Hills, CA 90212
TEL: 877.206.4741
FAX: 877.633.0228

Attorneys for Plaintiff
TWONESHA JOHNSON-HENDRICKS

**UNITED STATES DISTRICT COURT**

**EASTEN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS, individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PHOENIX; DOES 1-10, inclusive | CASE NO. 2:16-cv-01434-MCE-EFB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

{01584041.DOCX}                                1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants.
_____/

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff TWONESHA JOHNSON-HENDRICKS and Defendant UNIVERSITY OF PHOENIX, as follows:

1. Defendant's response to Plaintiff's Complaint will now be due on or before August 12, 2016.

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: July 27, 2016

                    By  /s/ Adrian R. Bacon
                        Adrian R. Bacon (SBN 280332)
                        LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                        324 S. Beverly Drive, Suite 725
                        Beverly Hills, CA 90212
                        TEL: 877.206.4741
                        FAX: 877.633.0228
                        Attorneys for Plaintiff
                        TWONESHA JOHNSON-HENDRICKS

Dated: July 27, 2016          By:  /s/  David A. Melton
                        David A. Melton (SBN 176340)
                        PORTER SCOTT
                        350 University Ave., Suite 200
                        Sacramento, CA 95825
                        Tel.: (916) 929.1481 ext. 308
                        Fax: (916) 927.3706
                        Attorneys for Defendant
                        UNIVERSITY OF PHOENIX

/ / /

/ / /

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01584041.DOCX}　　　　　2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Complaint will now be due on August 12, 2016.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE