LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWONESHIA JOHNSON-HENDRICKS,** <br><br> Plaintiff(s) <br><br> vs. <br><br> **UNIVERSITY OF PHOENIX,** <br><br> Defendant. | Case No. 2:16-cv-01434-MCE-EFB <br><br> **NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

                    Respectfully submitted this 13th day of August, 2016.

                          By: s/Todd M. Friedman
                             TODD M. FRIEDMAN
                             Law Offices of Todd M. Friedman, P.C.
                             Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 13th day of August, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Morrison C. England, Jr
United States District Court
Eastern District of California

Colleen R. Howard
Porter Scott, APC

This 13th day of August, 2016.

<u>s/Todd M. Friedman</u>
Todd M. Friedman